UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIBURCIO OLMOS MUNOZ,<br><br>Defendant. | No. 2:14-cr-0272 KJM<br><br><br><br>ORDER |

Defendant Tiburcio Olmos Munoz, proceeding pro se, has filed a motion for appointment of counsel to help with preparation of a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). ECF No. 72. On August 31, 2015, the court referred the motion to the Office of the Federal Defender. ECF No. 74. On March 9, 2016, the Federal Defender filed notice that she does not recommend appointment of counsel for this purpose. ECF No. 84.

Defendant has no Sixth Amendment right to counsel to assist with preparation of a motion to reduce his sentence under 18 U.S.C. § 3582(c). *See U.S. v. Townsend*, 98 F.3d 510, 512 (9th Cir. 1996). The time for defendant to appeal his judgment and sentence has expired, and the decision whether to appoint counsel rests in the discretion of this court. *See id*. at 513 (quoting *U.S. v. Whitebird*, 55 F.3d 1007, 1011 (5th Cir. 1995)). The court declines to appoint counsel for this purpose in this case.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that defendant Tiburcio Olmos Munoz's July 27, 2015 motion for appointment of counsel, ECF No. 72, is denied.

DATED: April 12, 2016

_____
UNITED STATES DISTRICT JUDGE